# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**THOMAS WAYNE WALLER**        **CIVIL ACTION NO. 19-1115**

                                                 **SECTION P**

**VS.**

                                                 **JUDGE TERRY A. DOUGHTY**

**SHERIFF JAY RUSSELL, ET AL.**        **MAG. JUDGE KAREN L. HAYES**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Thomas Wayne Waller's "Motion for Judgment as a Matter of Law," [doc. # 14], is **DENIED AS PREMATURE AND DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to re-urge his motion if and when his claims survive initial review.

MONROE, LOUISIANA, this 7th day of October, 2019.

                                                 _____
                                                 TERRY A. DOUGHTY
                                                 UNITED STATES DISTRICT JUDGE