# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**THOMAS WAYNE WALLER**      **CIVIL ACTION NO. 19-1115**

                                                  **SECTION P**

**VS.**

                                                  **JUDGE TERRY A. DOUGHTY**

**SHERIFF JAY RUSSELL, ET AL.**      **MAG. JUDGE KAREN L. HAYES**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Thomas Wayne Waller's claims of unlawful detainment, unlawful search, and false arrest are **DISMISSED WITH PREJUDICE** as frivolous until the *Heck* conditions are met.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, with the exception of Plaintiff's racially-selective-law-enforcement claims against Sheriff Russell and Deputy Kelsey Hines, Plaintiff's remaining claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 3rd day of December, 2019.

                                                                           TERRY A. DOUGHTY
                                                                           UNITED STATES DISTRICT JUDGE