**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **THOMAS WAYNE WALLER** | **CASE NO. 3:19-CV-01115 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JAY RUSSELL** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 47], having been considered, together with the Objection [Doc. No. 49] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion for summary judgment [Doc. No. 43] is **DENIED**.

THUS DONE AND SIGNED this 30th day of June, 2020, in Monroe, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE